UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERIC FRANKENHAUSER                                                                                    PLAINTIFF
ADC #157660

V.                                               No. 2:20CV00032-JM

McDONALD, Provider, EARU;
P. DRUMMOND, Provider, EARU;
CONVERSE, Provider, EARU;
G. KERSTEIN, Provider, EARU;
G. RECHEIGL, Health Services
Administrator, EARU; ESTHER PILGRIM,
Nurse, EARU; A. DOUGLAS, Nurse,
EARU; R. BRANCH, Warden, EARU;
G. LAY, Warden, EARU; TRACY
BENNETT, Nurse, EARU;
and ARNETT, Sergeant                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is voluntarily dismissed without prejudice.

Dated this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE